

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

MAY - 6 2005

CLERK'S OFFICE
DETROIT

CITY OF DEARBORN HEIGHTS,

    Plaintiff,

Civil No. 03-70292
Hon. John Feikens

v.

WAYNE COUNTY and SOUTHGATE-
WYANDOTTE RELIEF DRAINAGE
DISTRICT,

    Defendants.

_____/

## OPINION AND ORDER

As all parties agree this case was erroneously omitted from the list of basement flooding cases consolidated and settled under case number 00-74306, <u>Lessard v. City of Allen Park</u>, I order that this case (1) be consolidated with case number 00-74306 and (2) be dismissed with prejudice and without costs under the aegis of my April 21, 2005 order in case number 00-74306.

**IT IS SO ORDERED.**

_John Feikens_
John Feikens
United States District Judge

Date: _May 6, 2005_

FILED
MAY 06 2005
CLERK'S OFFICE
DETROIT